ND MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)      PAGE 1

**RECEIVED**

DEC 17 2008

UNITED STATES DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**FILED**

JAN 14 2009

DAVID CREWS, CLERK
By: _Joanne Bentitlon_
        Deputy

CHRI E. COSNER
**Plaintiff**

v.        CASE NO.   1:09CV5-B-S

LEE County Sheriff's Department (ET, AL)
**Defendant**

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name:   CHRIS Eugene COSNER

   B. Name under which sentenced:   SAME AS Above

   C. Inmate identification number:   PreTrail deTainee

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP):   510 N. Commerce ST. Tupelo MS 38804

   E. Place of confinement:

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name:   Jim H. Johnson

   Title (Superintendent, Sheriff, etc.):   Sheriff, Lee County MS

   Defendant's mailing address (street or post office box number, city, state, ZIP):   510 N. Commerce St Tupelo MS 38804

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)  PAGE 2

Name: Joyce A. Lofton
Title (Superintendent, Sheriff, etc.): Lee County Circuit Court Clerk
Defendant's mailing address (street or post office. box number, city, state, ZIP): P.O. Box 1328 Tupelo MS 38801

Name: Dennis Farris
Title (Superintendent, Sheriff, etc.): Lee County District Attorney Office
Defendant's mailing address (street or post office box number, city, state, ZIP): PO Box 1328 Tupelo MS 38801

Name: Robert J. Smith
Title (Superintendent, Sheriff, etc.): Executive Director
Defendant's mailing address (street or post office box number, city, state, ZIP): Region Three Medical Center 2434 Eason Blvd, Tupelo MS 38804

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?  ☒ Yes  ☐ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:
   
   Plaintiff(s): CHRIS COSNER
   Defendant(s): Lee County Sheriffs Department
   B. Court: Lee County Circuit Court  C. Docket No.: N/A
   D. Judge's Name: N/A    E. Date suit filed: N/A  11/03/08
   F. Date decided: N/A   G. Result (affirmed, reversed, etc.): No Notice ever filed

5. Is there a prisoner grievance procedure or system in the place of your confinement?  ☒ Yes  ☐ No

6. If "Yes," did you present to the grievance system **the same facts and issues** you allege in this complaint? (See question 9, below).  ☒ Yes  ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?   ☐ Yes   ☒ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?   ☐ Yes   ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

On October 2, 2008 I complained about being attack Later that Evening at Supper Time to Correctional officer Joel Royce And about being kept Lock down in my Cell afterward to Sgt. Bridges. About Conditions of Confinement I wrote a Complaint Form out and gave it to Sgt. Bridges at 2130 hours on Nov 3rd 2008. Submitted Complaint Form to Officer Jason Edwards about Lock down Inmates being let out with Protective Custody Inmates Creating a Chance for another Attack. at 2120 hours Nov 28, 2008. Also written District Attorney's office informing him of attack on Nov 3rd 2008, Also Judge Thomas Gardner

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

I received NO officail response back from either the officers I complained to, Nor the Staff of Lee County Adault Jail. I never Received a response back from the Lee County, Circuit Court District Attorney office Either to this date. I Also Never have gotten a response from Judge Thomas Gardner, Lee County Circuit Court. On Dec 11, 2008 I Received a response from Sgt M. Bridges that I'm was Put IN Protective Custody, Wearing a Violent Crime uniform Color, Chained up everywer I go, and my Privileges taken away because of my Charge of failure to Register as A Sex offender. and thats the only reason he gave me.

ND Miss. Form P3, Complaint Challenging Conditions of Confinement (4/00)      Page 4

**Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

N/A

9. Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

On October 2, 2008 in FPod Lee County Adult Jail, I was sitting at a table in the Common area with a few other Protective Custody inmates when we were violently and viciously attacked by Eight members of the gang "Gangster Disiples" who were not suppose to be Out at the same time as protective Custody inmates, they were a Separate Custody level on "Lock Down Status". they were allowed out willfully by CO. Joel Royce knowing the Danger of Such an attack taking Place creating the Conditions for the assault and then rewarding such Conduct by given them Extra Food trays at Supper. (SEE FPod tower Tape For 10/02/08 Recklessly Endangering my Life and Still continued to allow the Same situation to reaccured even today.

I'm Charged with failure to Register for a Crime I Committed 20 years ago, and did 15½ years at Leavenworth and FCI Victorville. I Served every day I owed Society I was not on Parole or Probation when I was arrested

but I'm wearing a Violent Crime Uniform, Chained up everywere I go. Put in protective Custody without a hearing or my permission. No Church Calls, No Daily yard calls or TV, Locked down 21 hours a day I'm being Punished again for a Sex offense I've already did the Time for.

10. State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

a) I would Like monetary relief for the attack on my person in the amount of $350,000.00 Three hundred and fifty thousand dollars.

b) For the way I was chained up Everywere and Lock down for 21 hours a day for over 147 days I would Like $50,000.00 fifty thousand dollars.

c) For Loseing my daily recreation calls, and not being able to go to church or to be able to watch television, use the phone when I want and to be IN a General population Unit. I would Like 5 days for everyone I did on pretrail Confinement.

d) For not being able to have a Bond and for the motions I wrote not getting filed, And for my Lawyer not Representing me effectively I request 3 days for everyone I did without a Bond.

e) Lack of Medical Attention Relief in amount of $10,000 dollars

This Complaint was executed at (location): Lee County Adault Jail

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: Dec 16, 2008

Chris E Cozwe

Plaintiff's Signature

Chris Losher vs Lee County Sheriffs Department (ET, AL)
Continuation of Question. 9.

I was arrested June 9, 2008 on three drug charges and granted a Bond. On July 19, 2008 I was arrested again for Failure to Register as a sex offender and received an additional bond. On July 23, 2008 my First Bond of $20,000 dollars was Surrendered, Plus my Second bond of $5,000 dollars gave me two bonds at $25,000 dollars, to High for me I'm Indigent so I stayed in Jail trying to get a bond reduction hearing Oct 15, 2008 my bond was Reduced to $23,000 dollars by a Justice Court Judge. I was indicted on Oct 30, 2008 and my Bond was taken from me and I was appointed a Lawyer Will Bristow, He told me he would get me infront of a Circuit Court Judge for a Bond Hearing in the month of November. My Plea bargain Day being Jan 28th 2009 and my Court date being tentative for Febuary 2009 I really wanted out on Bond, When on November 3rd I wrote my Lawyer Will Bristow and told him a wanted a Bond hearing as soon as he could get it Arranged but knowing how busy he was I went ahead a wrote a Motion for a Bond hearing myself and mailed it to Joyce A Lofton Circuit Court Clerk, Lee County, I also sent with that Bond motion, a Motion For Relief on the attack that took place on me October 2, 2008 along with a motion of discovery for the F Pod Tower Tape of that Day. I let my Lawyer know I wanted those additional motions also in that letter. I wrote Another letter

— 1 —

CHRIS COSNER Vs. Lee County Sheriff's department (et al)
Continuation of Question 9

On November 3, 2008 to the Circuit Court District Attorneys Office letting them know of the assault on protective custody inmates by gang members that should have been locked up, Along with a mention in my case CR08-728, CR08-777 For Relief Along with a motion of discovery for that Tower Tape hopeing to get the D.A.'s interest to investigate the attack so someone may get that tower tape before it got reused again. I received no reply from the Circuit Court Clerk that she received my motions and filed them, nor a responce or visit by my attorney about my Bond Hearing or motions, or a responce from the D.A. Office about the attack. On November 17th 2008, I wrote Judge Thomas Gardner (Circuit Court, Lee County) about the letter to the DA Office, Circuit Court Clerk not filing my motions and my lawyers lack of intrest in getting me a Bond hearing, could he please help me. Yet no Bond hearing. So on December 1, 2008 I rewrote Judge Thomas Gardner about getting a Bond hearing and the Circuit Court Clerk again with a new Bond motion. I have yet to this day Dec 12, 2008 received any reply from any of the Individuals mentioned in this Complaint.

I've also requested through the Lee County Sheriff's department Medical treatment for my cuts and bruises of the assault on my person that took

— 2 —

Chris Losner vs Lee County Sheriffs department (et, ac)
Continuation of Question 9.

Place on October 2, 2008 orally to Correction Officer Joel Royce when the Officers arrived in F Pod to break up the assault, he had Cpl. Price exescort me out of F Pod to go to the nurses office but Cpl. Price never did. We stopped outside the entrance to the Central Tower and Cpl. Price went inside the tower and brought out some paper towels to place on my cuts, then took me back to F Pod and locked me down. When C.O. Royce was handing out supper trays that evening I ask him to see the nurse and he told me not to talk to him, I told him I was speaking to him, you are a Cop aren't you. He took off and never got me to a nurse. I tried a written request that evening at medication call and received no doctors visit at all. Also in August and Sept 2008 I requested to see a pyschiatrist from Regions three medical Center because I was having reaccuring nightmares and hearing and seeing Flashbacks from Beirut Lebbanon along with anxety attacks. In September 2008 I seen a man who from what I could gather from him was a physisins Asstiance who ask me some questions and then told me I would see a physcartrist around October 28th. When October 28th 2008 several other inmates seen the physcitrist from Regions three but I never did, so I submitted another medical request asking why I didn't see the

-3-

Chris Cosner vs. Lee County Sheriffs department (et,al)
Continuation of Question 9.

Pyschaitrist, they sent the same man again the P.A. And again he said I would see a physcratrist soon but yet I still haven't seen a Doctor from Regions three.

I would Like the below listed Case Cititation and mississippi State Titles and Statues be Read into my Complaint along with the Proper Amendments

1) The assault on me October 2, 2008 = 8th + 14th Amendment.
Erray v. Chickasaw County Miss. (N.D. 1997) 965 F. Supp 870
Gates v. Collier (CA5) miss. 1974 501 F. 2d 1291
Davis v. City of Greenville miss. 974 F. Supp 884 (N.D. miss 1997)
Bilbo v. Thingpen (miss. 1994) 647 So. 2d 678.

2) Bond Hearing: 14th Amendment.
Lee v. Lawson (miss 1979) 375 So. 2d 1019

3) Being treated Like Violent offender, Prison Conditions = 1st, 6th, 8, 14th Amendments
District Attorneys Office failure to Investigate §47-1-2 Complaint of Convict investigated to any County Office
Erray v. Chickasaw County miss (ND 1997) 965 F. Supp 870

4) Joyce Lofton, Circuit Court Clerk not filing motions = 14th Amendment
In re Merrell (miss. 1995) 658 So. 2d 50.

I thank you for taken some of your Valueble time in Reading my Complaints, And Filing them.

Respectfully Submitted
Chris Cosner
Plaintiff

# Lee County/Tupelo Adult Jail

## INMATE COMPLAINT FORM

Inmates name: Chris Cosner        Date: Nov 3, 2008

Location:    POD: A, B, C, D, E, F, G, other _____

---

DETAILS OF COMPLAINT: Inmates in Protective Custody are not being allowed to attend Church on Sundays like the rest of the inmates in the other Pods. Also we are not let out in the yard on a regular basics like the other Pods, nor are we allowed a television set to watch like the other inmates in the other Pods. It is like inmates on Protective Custody status has lost their Priviliges like inmates on Lock down status for Phonishment. Why is that? Why are we not allowed out all day like the other Pods.

Turned over to: Sgt. Bridges        Date: Nov 9, 2008
(Name of Corrections Officer)

Inmates signature: Chris Cosner        Date: Nov 9, 2008

---

Received by Shift Sergeant: Sgt Bridges 9-9:30pm   Date action taken: _____

Disposition: Medication call in F Pod
Check medicine cards of below listed inmates for time.
William Turner - Melvin Hall - Kenny Forrester
Chris Walton

Signature of Shift Sergeant: _____    Date: _____

(Complaint will not be answered unless all copies are turned in)

# Lee County/Tupelo Adult Jail

## INMATE COMPLAINT FORM

Inmates name: CHRIS COSNER                Date: Nov 28, 2008

Location:   POD: A, B, C, D, E, [F], G, other _____

---

DETAILS OF COMPLAINT: For the Past Week the Correction Officers In Charge of F Pod have been allowing the Inmates on Lock down Status that sneak out when the Protective Custody inmates come out, are Put up when Supper is Served to Stay Out even when they see the Lockdown inmates are out with PC's they Simply ignore them Not wanting the drama of Putting them up, wherefore Creating a Environment for PC to be attacked again Like on Oct 2, 2008

Turned over to: Jason Edwards                Date: Nov 28, 2008
                (Name of Corrections Officer)
Inmates signature: Chris Cosner               Date: Nov 28, 2008

---

Received by Shift Sergeant: _____        Date action taken: _____

Disposition: Turned In at 21:20 Medication Call F pod.

_____

_____

_____

_____

_____

_____

Signature of Shift Sergeant: _____        Date: _____

(Complaint will not be answered unless all copies are turned in)

# Lee County/Tupelo Adult Jail

## INMATE COMPLAINT FORM

Inmates name: CHRIS COSVER          Date: Dec 11, 2008

Location:    POD: A, B, C, D, E, [F], G, other _____

---

DETAILS OF COMPLAINT: I was arrested for failure to Register and three drug charges. The failure to Register charge was a Military Court Martial that happened 20 years ago (1988). I did 15½ years at Leavenworth and Ft Jacksonville. I did every day of my sentence and was released in July. I'm not on parole or Probation. So why do I come (from) White and charged to go anywhere Actors Protection (which without a hearing or my permission) for a administrative stalked charge?

Turned over to: Black Taylor C-11              Date: 12-11-08
                (Name of Corrections Officer)

Inmates signature: Chris E Cosver             Date: Dec 11, 2008

---

Received by Shift Sergeant: M. Bridges        Date action taken: 12/11/08

Disposition: _____

Your charges read as followed
* Failure to register as a sex offender
* Poss of Controled Substance (Bond surrender)
* Poss of Scheduled I Marij. (Bond surrender)
* Poss of Scheduled II with intent (Bond surrender)

Signature of Shift Sergeant: Sgt BA           Date: 12/11/08

(Complaint will not be answered unless all copies are turned in)